Opinion issued August 4, 2016



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-16-00229-CV

## NO. 01-16-00230-CV

—————————————

## IN RE B.M., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## OPINION

Relator, B.M., has filed a petition for writ of mandamus, seeking to vacate a "Temporary Order Following Adversary Hearing" in the underlying trial court proceedings.[1]

---

[1]   The proceeding underlying Cause No. 01-16-00229-CV is Case No. 2008-03683, *In the Interest of J.L.F. and G.W.F., Children*, in the 311th District Court of Harris County, the Honorable Alicia Franklin York presiding. The proceeding underlying Cause No. 01-16-00230-CV is Case No. 2015-42486, *In the Interest of G.J.H., a*

We deny the petition and dismiss as moot relator's motion for stay pending review of the petition for a writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.
Justice Jennings, dissenting.

---

*Child*, in the 311th District Court of Harris County, the Honorable Alicia Franklin York presiding.